

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

No. 08-26-00253-CV

---

Denise Annette Mota, Appellant

v.

Amada Patricia Matamoros, Appellee

---

On Appeal from the 41st District Court
El Paso County, Texas
Trial Court No. 2025DCV4698

---

## MEMORANDUM OPINION

Appellant, Denise Annette Mota, filed a notice of appeal on June 22, 2026, but neither paid the appellate filing fees nor established a right to proceed without payment of costs. *See* Tex. R. App. P. 5, 20.1; *see also* Tex. Gov't Code §§ 51.207, 51.208, 51.851(b), 51.941(a); Order Regarding Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, Before the Judicial Panel on Multi-District Litigation, and in the Business Court, Misc. Docket No. 24-9047 (Tex. July 26, 2024).

Under the Texas Rules of Appellate Procedure, the fees for appealing to a court of appeals are due at the time a notice of appeal is presented to the appellate court for filing. *See* Tex. R. App. P. 5. On June 24, 2026, the Clerk of this Court notified Appellant that the fees were due and that this appeal could be dismissed if she failed to pay the filing fees by July 4, 2026.[1] The Clerk further notified Appellant that the failure to comply with a Texas Rule of Appellate Procedure, an order of this Court, or a notice from the Clerk requiring a response within a specified time could result in dismissal of this appeal. Appellant neither paid the filing fees nor otherwise responded to the Clerk's notice.

We dismiss this appeal. *See* Tex. R. App. P. 5, 42.3(c). We dismiss any pending motions as moot.

MARIA SALAS MENDOZA, Chief Justice

July 15, 2026

Before Salas Mendoza, C.J., Palafox, and Soto, JJ.

---

[1] July 4, 2026, was both a legal holiday and a Saturday. Under the rules for computation of time, the deadline to pay the filing fees was extended to July 6, 2026, the first day following the deadline that was not a Saturday, Sunday, or legal holiday. Tex. R. App. P. 4.1(a).